AGE-HERALD PUBLISHING CO. v. F. P. POGUE et al.

6 Div. 710.

Supreme Court of Alabama.

Oct. 9, 1930.

London, Yancey & Brower, of Birmingham, for appellant.

Fred Fite, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

ALABAMA BY-PRODUCTS CORP. v. C. L. DUNN.

6 Div. 703.

Supreme Court of Alabama.

Oct. 9, 1930.

Cabaniss, Johnston, Cocke & Cabaniss, of Birmingham, for appellant.

Altman, Koenig & Taylor, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

ALABAMA POWER CO. v. ALABAMA PUBLIC SERVICE COMMISSION et al.

3 Div. 935.

Supreme Court of Alabama.

Dec. 16, 1930.

PER CURIAM.

Appeal dismissed by appellant.

Carolyn Dyer ALLEN (Frickberg) v. BIRMINGHAM TRUST & SAVINGS CO., as Ex'r, etc.

6 Div. 610.

Supreme Court of Alabama.

Oct. 30, 1930.

PER CURIAM.

Errors confessed. Reversed and remanded.

H. P. BELL et al. v. Harvey WOOLLEY, Jr., pro ami.

6 Div. 560.

Supreme Court of Alabama.

Oct. 9, 1930.

Mullins & Jenkins, of Birmingham, for appellants.

Martin, Thompson, Turner & McWhorter, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

Grady BENTLEY v. Lucile B. BENTLEY.

6 Div. 551.

Supreme Court of Alabama.

April 24, 1930.

PER CURIAM.

Appeal dismissed by appellant.